```
ALLEN HYMAN, ESQ. (CBN: 73371)
Email: lawoffah@aol.com
CHRISTINE COVERDALE, ESQ. (CBN: 195635)
Email: ccoverdaleesq@aol.com
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Drive
North Hollywood, California 91602
(818) 763-6289 or (323) 877-3405
Fax: (818) 763-4676

Attorneys for Plaintiffs,
DRIVE-IN MUSIC COMPANY, AND
ORIGINAL SOUND RECORD CO.
```

FILED
10 AUG 17 PM 2:27
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRIVE-IN MUSIC COMPANY, a California corporation; ORIGINAL SOUND RECORD CO., a California corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>CAPITOL RECORDS, LLC, a Delaware limited liability company; COLGEMS-EMI MUSIC, INC., a Delaware corporation; ROGER MCBRIDGE PKA KING TEE, an individual,<br><br>  Defendants. | CASE NO. CV10 6122-MMM (PJWx)<br><br>COMPLAINT FOR:<br><br>(1) COPYRIGHT INFRINGEMENT;<br>(2) STATE LAW UNFAIR COMPETITION;<br>(3) VIOLATION OF CALIFORNIA CIVIL CODE 980<br><br>[DEMAND FOR JURY TRIAL] |

Plaintiffs Drive-In Music Company, ("DRIVE-IN"), and Original Sound Record Co., ("OSRC") allege as follows:

///
///
///
///

S:\Shared Data\PC7\Drive-In\v. KingTee\COMPLAINT081310.wpd

I.

**FIRST CLAIM FOR RELIEF**

**FOR COPYRIGHT INFRINGEMENT**

(Against All Defendants)

**Jurisdiction and Venue**

1. This U.S. District Court has subject matter jurisdiction pursuant to 28 U.S.C. §1338(a), in that this is an action arising "...under any Act of Congress relating to ... copyrights." The Court has supplemental jurisdiction over the non-federal claims, pursuant to 28 U.S.C. 1338 in that the non-federal claims arise out of the same facts and circumstances as the federal claim for copyright infringement.

2. Venue is appropriate under 28 U.S.C. §1400(a) in that the defendants and/or their agents may be found within the Central District of California.

**The Parties**

**Plaintiffs Drive-In Music Company and**

**Original Sound Record Co.**

3. Plaintiff DRIVE-IN is a California corporation, whose principal place of business is located at 7120 West Sunset Boulevard, Hollywood, California 90046. DRIVE-IN is a music publishing company. DRIVE-IN owns copyrights to musical compositions, and licenses and exploits its musical compositions. DRIVE-IN owns the musical composition at issue entitled "Let A Woman Be A Woman, Let A Man Be A Man" ("LET A WOMAN") as composed by Arlester Christian.

4. Plaintiff OSRC is a California corporation, whose principal place of business is located at 7120 West Sunset

Boulevard, Hollywood, California 90046, which operates a record company that has created sound recordings, which OSRC owns, manufactures, sells, and distributes. During 1969, OSRC created and has owned from that date, the (OSRC label identified as OS-89) sound recording, "Let A Woman Be A Woman, Let A Man Be A Man," performed by "Dyke And The Blazers," under contract as a recording artist to OSRC. A copy of the OSRC OS-89 recording is attached as Exhibit No. 1 to this complaint.

### Defendants

5.   Defendant Capitol Records, LLC ("CAPITOL"), is a Delaware limited liability company, with its principal place of business located in Los Angeles, California and/or New York City, New York.

6.   Plaintiffs assert, on information and belief, that Defendant Colgems-EMI Music, Inc., ("COLGEMS-EMI"), is a Delaware corporation, with its principal place of business located in New York, New York.

7.   Defendant Roger McBride pka "King Tee" ("KING TEE"), is a composer and recording artist, whose place of residence is unknown.

8.   Plaintiffs refer collectively to defendants: (1) CAPITOL; (2) COLGEMS-EMI and (3) KING TEE as "DEFENDANTS."

### Nature of the Claims

9.   DEFENDANTS' manufacturing and distribution of both the sound recording and composition entitled "Diss You," identified on the CAPITOL and COLGEMS-EMI recording "At Your Own Risk," (1) initially released on vinyl in 1990 (attached as Exhibit No. 2), (2) then released on a CD (attached as Exhibit No. 3), (3) then

released in 1998 on "King Tee Ruff Rhymes: Greatest Hits Collection," and (4) presently offered for sale and being sold on iTunes, infringes DRIVE-IN's musical composition LET A WOMAN and infringes the common law copyright of OSRC's rights in the 1969 master recording of LET A WOMAN.

### The Infringed Musical Composition

10. In 1969, Arlester Christian composed a musical composition entitled "Let a Woman Be A Woman, (and Let A Man Be A Man)," ("LET A WOMAN").

11. The composition, LET A WOMAN, is an original work that is subject to protection under the United States Copyright Act.

12. In 1969, Arlester Christian assigned the copyright to the LET A WOMAN composition, including all rights of renewal, to the plaintiff, DRIVE-IN.

13. On August 13, 1969, DRIVE-IN complied with all U.S. law and obtained a U.S. Copyright Registration for the musical composition, LET A WOMAN, Registration No. EP 261802.

14. From August 13, 1969 to the present, DRIVE-IN has published and/or licensed for publication, the musical composition, LET A WOMAN.

15. Thereafter, upon the passing away of Arlester Christian, all heirs of Arlester Christian confirmed and assigned all rights in the renewal copyright to DRIVE-IN, renewal Copyright Registration RE0000929138.

16. From August 13, 1969, to the present, plaintiff DRIVE-IN has been and remains the exclusive owner of the copyright and all right, title, and interest, in and to the copyright to the

1  musical composition, LET A WOMAN.

2      17.  LET A WOMAN is considered a classic recording in the
3  "Funk" genre of music, DRIVE-IN has licensed LET A WOMAN to
4  numerous record companies, and the composition has been extensively
5  exploited in the United States, and throughout the world.

### The Infringing Work

7      18.  Plaintiffs allege that commencing sometime in 1990,
8  DEFENDANTS created a musical composition and sound recording
9  entitled "Diss You," track No. 2 on the "At Your Own Risk" record
10 album (Ex. No. 2), identified as manufactured and distributed by
11 CAPITOL, with the claimant of the infringing composition being
12 COLGEMS-EMI.  The recording and therefore the musical composition
13 "Diss You" includes elements of the actual recording and therefore
14 the musical composition of "LET A WOMAN."

15     19.  The "At Your Own Risk" and "King Tee Ruff Rhymes:
16 Greatest Hits Collection" recordings which contain "Diss You," are
17 offered for sale on MP3 downloads and from other internet download
18 entities.

19     20.  DEFENDANTS manufactured, sold, and licensed others
20 to manufacture and sell in the United States, the infringing "Diss
21 You" sound recording and composition.  DEFENDANTS, or those who
22 represented DEFENDANTS, made copies of the recording "Diss You,"
23 and sent copies of those recordings from the United States to be
24 copied, manufactured and marketed outside of the United States.

25     21.  Plaintiffs first had any knowledge, or suspicion or
26 were on notice of the infringement of DEFENDANTS in their creation,
27 marketing, manufacturing or sale of "Diss You" in the year 2010.

28     22.  DEFENDANTS' infringing acts were willful and

deliberate.

23. DEFENDANTS are liable to plaintiffs for willful copyright infringement under 17 U.S.C. Section 501. Plaintiffs are entitled to their damages and DEFENDANTS' profits.

24. Plaintiffs do not have an adequate remedy at law for DEFENDANTS' wrongful conduct and request injunctive relief pursuant to 17 U.S.C. Section 502 and impoundment of DEFENDANTS' products.

## II.

### SECOND CLAIM FOR RELIEF

### CALIFORNIA STATE COMMON LAW UNFAIR COMPETITION

### (Against All Defendants)

25. Plaintiffs incorporate paragraphs Nos. 1 through 24 as if fully set forth in this paragraph.

26. Plaintiff OSRC is the owner of the 1969 sound recording ("1969 RECORDING") of "Let A Woman Be A Woman Let A Man Be A Man," as performed by Arlester Christian (Ex. No. 1).

27. The rights to exploitation of the 1969 RECORDING were not pre-empted by the 1976 Copyright Act, and are protected by state common law.

28. DEFENDANTS, and each of them, without permission of OSRC, copied and exploited, and presently copy and exploit, the OSRC 1969 RECORDING.

29. Plaintiff OSRC had no knowledge and was not on notice of DEFENDANTS' unlawful acts until 2010.

30. OSRC has been damaged in an amount to be proven at trial.

31. The acts of DEFENDANTS were willful and fraudulent, and OSRC is entitled to punitive damages.

## III.

## THIRD CLAIM FOR RELIEF

### Violation of California Civil Code 980

### (Against All Defendants)

32. Plaintiffs incorporate paragraphs Nos. 1 through 24 as if fully set forth in this paragraph.

33. DEFENDANTS and each of them jointly and severally have violated OSRC's rights in the 1969 MASTER as provided by California Civil Code 980.

34. Plaintiff OSRC seeks damages according to proof.

Wherefore, plaintiffs DRIVE-IN and OSRC respectfully request:

1. Judgment against DEFENDANTS, jointly and severally, for copyright infringement of the musical composition, LET A WOMAN;

2. For damages and disgorgement of profits or benefit of DEFENDANTS from their exploitation of the infringing work;

3. For permanent injunctive relief;

4. For an order pursuant to 15 U.S.C. Sections 503 and 509 mandating the impounding of all infringing copies of "Diss You."

5. For DEFENDANTS' profits and gains from exploitation of the sound recording;

6. For damages according to proof;

7. For prejudgment interest;

8. For punitive damages;

///
///

9.  For costs of suit; and

10. For such other and further relief as the Court deems just and proper.

Respectfully submitted,

LAW OFFICES OF ALLEN HYMAN

Dated: August 13, 2010         By: _____
                                   Allen Hyman
                                   Attorneys for Plaintiffs,
                                   DRIVE-IN MUSIC COMPANY, and
                                   ORIGINAL SOUND RECORD CO.

## DEMAND FOR JURY TRIAL

Pursuant to F.R.C.P. Rule 38 and Local Rule 38-1, plaintiffs DRIVE-IN and OSRC request a trial by jury.

Respectfully submitted,

LAW OFFICES OF ALLEN HYMAN

Dated: August 13, 2010        By: /s/ Allen Hyman
Allen Hyman
Attorneys for Plaintiffs,
DRIVE-IN MUSIC COMPANY, and
ORIGINAL SOUND RECORD CO.



EXHIBIT 1



EXHIBIT 2





EXHIBIT 3

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Margaret M. Morrow and the assigned discovery Magistrate Judge is Patrick J. Walsh.

The case number on all documents filed with the Court should read as follows:

**CV10- 6122 MMM (PJWx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[ ] Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[ ] Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Allen Hyman, Esq. (CBN: 73371)
E: lawoffah@aol.com
Law Offices of Allen Hyman
10737 Riverside Drive
North Hollywood, CA 91602
P: (818) 763-6289; F: (818) 763-4676

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRIVE-IN MUSIC COMPANY, a California corporation; ORIGINAL SOUND RECORD CO., a California corporation,<br><br>PLAINTIFF(S)<br>v.<br><br>CAPITOL RECORDS, LLC, a Delaware limited liability company; SEE ATTACHMENT A<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV10 6122-mmm(PJWx)<br><br>SUMMONS |

TO:     DEFENDANT(S): _____
_____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Allen Hyman, Esq._____, whose address is _Law Offices of Allen Hyman, 10737 Riverside Drive, North Hollywood, CA 91602____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:  __17 AUG 2010__        By: _____
                                         Deputy Clerk

                                         (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                   SUMMONS

## **ATTACHMENT A**

COLGEMS-EMI MUSIC, INC., a Delaware corporation; ROGER MCBRIDGE PKA KING TEE, an individual,

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Drive-In Music Company; Original Sound Record Co.

**DEFENDANTS**
Capitol Records, LLC; Colgems-EMI Music, Inc.; Roger McBridge pka King Tee

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Allen Hyman, Esq.; Law Offices of Allen Hyman, 10737 Riverside Drive, North Hollywood, CA 91602; P: (818) 763-6289; F: (818) 763-4676

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT:** $ To be proven at trial

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. 101, et seq., Claim for Copyright Infringement

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☒ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus- Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: **CV10 6122**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                         CIVIL COVER SHEET                         Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?   ☐ No   ☒ Yes
If yes, list case number(s): CV10-5613-CAS(JCGx); CV10-5615-R(CAGx); CV10-5739-MMM(FMOx)

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☒ A. Arise from the same or closely related transactions, happenings, or events; or
                              ☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                              ☒ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                              ☒ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | New York |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date August 17, 2010

   Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings
   or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed
   but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |