1  ALLEN HYMAN, ESQ. (CBN: 73371)
   Email: lawoffah@aol.com
2  CHRISTINE COVERDALE, ESQ. (CBN: 195635)
   Email: ccoverdaleesq@aol.com
3  LAW OFFICES OF ALLEN HYMAN
   10737 Riverside Drive
4  North Hollywood, California 91602
   (818) 763-6289 or (323) 877-3405
5  Fax: (818) 763-4676

6  Attorneys for Plaintiffs,
   DRIVE-IN MUSIC COMPANY, AND
7  ORIGINAL SOUND RECORD CO.

8

9                   UNITED STATES DISTRICT COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11

12  DRIVE-IN MUSIC COMPANY, a          )  CASE NO. CV 10-06122 MMM (PJWx)
    California corporation; ORIGINAL   )
13  SOUND RECORD CO., a California     )  **STIPULATION FOR AN ORDER**
    corporation,                      )  **WITHDRAWING MOTION TO AMEND,**
14                                     )  **AND PROVIDING FOR DISMISSAL OF**
                    Plaintiffs,        )  **THE CASE**
15                                     )
         v.                            )
16                                     )
    CAPITOL RECORDS, LLC, a Delaware   )
17  limited liability company;         )
    COLGEMS-EMI MUSIC, INC., a         )
18  Delaware corporation; ROGER        )
    MCBRIDGE PKA KING TEE, an          )
19  individual,                        )
                                       )
20                  Defendants.        )
                                       )
21  _____)

22          Plaintiffs Drive-In Music Company ("DIMC"), and Original

23  Sound Record Co., ("OSRC"), by and through their counsel, Allen

24  Hyman, and defendants Capitol Records LLC ("CAPITOL"), and Colgems-

25  EMI Music, Inc., ("COLGEMS"), by and through their counsel, Joel

26  McCabe Smith, represent to the Court and stipulate as follows:

27          1.   Upon further consultation and exchange of

28  information between counsel for plaintiffs and counsel for

S:\Shared Data\PC7\Drive-In\v. Capitol\STIP.DISMISS.011711.wpd

1   defendants, counsel for both plaintiffs and defendants represent to

2   the Court and stipulate to the entry of an order resolving this

3   case as follows:

4           (a)   Plaintiffs initially named three (3) defendants in

5   this case: (1) CAPITOL; (2)COLGEMS; and (3) Roger McBridge PKA King

6   Tee.

7           (b)   On October 15, 2010, plaintiffs dismissed defendant

8   Roger McBridge without prejudice (Docket No. 13), with the two (2)

9   remaining defendants being: (1) CAPITOL; and (2) COLGEMS.

10          (c)   DIMC and OSRC provide notice to the Court that DIMC

11  and OSRC are withdrawing their motion for leave to file a first

12  amended complaint, which DIMC and OSRC motion was filed on January

13  7, 2011 (Docket Nos. 22, 23, 24 and 25).

14          2.    The parties, by and through their respective

15  counsel, respectfully provide a proposed Order, attached as Exhibit

16  No. 1 to this stipulation, which provides for an Order resolving

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1  this case by: (a) dismissal of the Complaint against the remaining

2  defendants with prejudice; and (b) providing that each of the

3  parties are to bear their respective costs and attorneys fees.

4

5                                        Respectfully submitted:

6                                        LAW OFFICES OF ALLEN HYMAN

7

8  Dated: January 20, 2011          By: _____
                                         Allen Hyman, Esq.
9                                        Attorneys for Plaintiffs,
                                         DRIVE-IN MUSIC COMPANY, and
10                                       ORIGINAL SOUND RECORD CO.

11

12                                       LEOPOLD PETRICH & SMITH

13

   Dated: January 2o, 2011          By: _____
14                                       Joel Smith, Esq.
15                                       Attorney For Defendants
                                         CAPITOL RECORDS, LLC AND
16                                       COLGEMS-EMI MUSIC, INC.

17

18

19

20

21

22

23

24

25

26

27

28

S:\Shared Data\PC7\Drive-In\v. Capitol\SFIP.DISMISS.011711.wpd    3